### HUBERT EDWARDS v. STATE.
### 173 So. 927.
### Opinion Filed March 22, 1937.

*Thomas E. Walker,* for Plaintiff in Error;

*Cary D. Landis,* Attorney General, and *Roy Campbell,* Assistant, for the State.

PER CURIAM.—Writ of error brings for review judgment of conviction of the sale in Jackson County, Florida, of alcoholic beverage containing more than 3.2 per cent. of alcohol by weight, while the sale of such alcoholic beverage was prohibited in said county.

We find no reversible error reflected in the record and the judgment is, therefore, affirmed.

So ordered.

ELLIS, C. J., and WHITFIELD, TERRELL, BROWN, BUFORD, and DAVIS, J. J., concur.